## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| JENNIFER ROMANO, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: ) |
| ORLANDO HEALTH, INC. a Florida Not for Profit Corporation. | ) ) ) ) |
| Defendant. | ) ) ) |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, ORLANDO HEALTH, INC. ("Defendant"), through its undersigned counsel, files this Notice of Removal of the above-captioned action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida where the action is now pending under Case No. 2021-CA-004634-O to the United States District Court for the Middle District of Florida, Orlando Division. In support of this Removal, Defendant states as follows:

### I.     State Court Action

1.     Plaintiff Jennifer Romano ("Plaintiff") initiated a civil action captioned *Jennifer Romano v. Orlando Health, Inc., a Florida Not for Profit Corporation*, Civil Action No. 2021-CA-004634-O, in the Circuit Court of the Ninth Judicial Circuit for Orange County, Florida ("State Court Action").

2. Plaintiff filed the State Court Action on or about May 3, 2021. A copy of the Summons and the Complaint was served on the registered agent for Defendant on May 13, 2021. Pursuant 28 U.S.C. § 1446(a), a complete copy of all process and pleadings received by Defendant in the State Court Action to date are attached as Composite Exhibit "A." Defendant has not served any answer or responsive pleading to the Complaint, nor made any appearances or argument before the State Court.

## II. Statement of Case

3. Plaintiff's Complaint alleges that Defendant violated the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq* ("FMLA"), by allegedly interfering with Plaintiff's rights under the Act and retaliating against her for taking medical leave. *See* Complaint, Composite Exhibit "A."

## III. Basis for Removal of State Court Action

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441(a) because this Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331 (federal question). Federal question jurisdiction is apparent on the face of the Complaint as Plaintiff's claims directly implicate the laws of the United States—specifically the FMLA. *Johnston v. Morton Plant Mease Healthcare, Inc.,* No. 8:07-cv-179-T-26EAJ, 2007 U.S. Dist. LEXIS 11700, at *4 (M.D. Fla. Feb. 20, 2007) (acknowledging federal question jurisdiction over plaintiff's FMLA claims).

### IV. Timeliness of Notice of Removal

5. Pursuant to 28 U.S.C. § 1446(b), Defendant's deadline to remove this action is within 30 days of Defendant being served with the Complaint. *See* 28 U.S.C. §1446(b); *Baily v. Janssen Pharmaceutical, Inc.,* 536 F.3d 1202, 1205 (11th Cir. 2008) ("[I]nterpret[ing] §1446(b) to permit each defendant thirty days in which to seek removal."). Accordingly, Defendant's Notice of Removal is timely and proper.

### V. Venue

6. This Court's District and Division is the judicial district and division embracing the place where the State Court Action was brought and pending, therefore it is the proper district to which this case should be removed. 28 U.S.C. §§ 28 U.S.C. 1441(a) & 1446(a). Moreover, this Division is the proper division within the Middle District of Florida to which this case should be removed as Plaintiff alleges that she was employed by Defendant in Orange County, Florida and conclusively alleges that venue is proper in Orange County, Florida. *See* Complaint, Composite Exhibit "A."

### VI. Notice to State Court and Plaintiff

7. A copy of this Notice of Removal and a Notice of Filing Notice of Removal will promptly be filed with the State Court as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of Removal is attached as Exhibit "B."

WHEREFORE, Defendant hereby removes the State Court Action from the Circuit Court of the Ninth Judicial Circuit in Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division, and requests that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in state court.

DATED this 2nd day of June, 2021.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone:  (407) 246-8440
        Facsimile:   (407) 246-8441

By:   */s/ Justin S. Swartz*
      Joanne B. Lambert
      Florida Bar No. 0899062
      joanne.lambert@jacksonlewis.com

      Justin S. Swartz
      Florida Bar No. 091232
      justin.swartz@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2021, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and provided via electronic mail to: Carlos V. Leach, Esq., and Edward W. Wimp, Esq., The Leach Firm, P.A., 631 S. Orlando Avenue, Suite 300, Winter Park, Florida 32789 and Noah Storch, Esq., and Richard Celler Legal, P.A., 10368 W. SR 84, Suite 103, Davie, Florida 33314.

        */s/ Justin S. Swartz*
        Justin S. Swartz

4841-1429-3228, v. 2